UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. No.: 3:09-501-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| COURTNEY MARKEE GILMORE ) | |
| _____) | |

The defendant has filed a *pro se* "Motion to Modify or Reduce Sentence 18 U.S.C. §3582(c)(2)." The government is respectfully requested to respond to this motion within thirty days.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*
Joseph F. Anderson, Jr.
United States District Judge

July 23, 2012
Columbia, South Carolina